IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SINDY BLISS,

    Plaintiff,

**Case No.:**

v.

WALMART STORES EAST, LP

    Defendant.

___

## NOTICE OF REMOVAL

Defendant, Walmart Stores East, LP, files this Notice of Removal and hereby removes this action from the Circuit Court of Okaloosa County, Florida, to the United States District Court for the Northern District of Florida, Pensacola Division, for the following reasons:

1. The removing party, Walmart Stores East, LP (hereinafter "Walmart"), is the defendant in the above-styled action.

2. On July 25, 2020, Plaintiff, Sindy Bliss, filed the above-styled action, Case No: 2020CA002241 against Walmart Stores East, LP, which is now pending in the Circuit Court of Okaloosa County, Florida. On July 28, 2020, a Summons was issued for Walmart. On August 20, 2020, Walmart filed its Notice of Appearance and Designation of Email Address.

On August 22, 2020, Plaintiff filed a Return of Service indicating that Walmart had been served. On August 25, 2020, Plaintiff filed her Designation of Email Service Address. On August 28, 2020, Walmart served its Notice of Service of Initial Interrogatories, Medicare/Medicaid Reporting Interrogatories, Request for Admissions and Request to Produce Documents on Plaintiff, and filed its Responses to Plaintiff's Request for Admissions. On September 2, 2020, Plaintiff served her Answers to Defendant's Request for Admission. On September 15, 2020, Walmart filed its Answer and Affirmative Defenses to Complaint. On September 23, 2020, Plaintiff filed her Denial of Affirmative Defenses of Defendant, and served Walmart with her Notice of Service of Initial Interrogatories, Request to Produce Documents and Requests for Admissions. On September 24, 2020, Walmart served Plaintiff with its Answers to Plaintiff's First Request for Admissions and Response to Plaintiff's Request for Inspection. On September 25, 2020, Walmart filed its Notice of Videotaped Deposition Duces Tecum of Sindy Bliss and Notice of Videotaped Deposition Duces Tecum of Shane Bliss, and Subpoena Duces Tecum with Video Deposition. On October 7, 2020, Plaintiff served Walmart with her Notice of Service of Answers to Interrogatories and Answers to Request to Produce Documents. On October 8, 2020, Plaintiff filed her Supplemental

Response to Walmart's Request to Produce.  On October 23, 2020, Walmart served Plaintiff with its Notice of Service of Unverified Answers to Interrogatories and Answers to Request to Produce Documents.

3. No further proceedings have been had in State Court.

4. Walmart removes this action to federal court under diversity jurisdiction, 28 U.S.C. Section 1332.

5. According to Walmart's records, and upon information and belief, Plaintiff is a resident and citizen of the State of Florida.

6. At all times material, Defendant Walmart Stores East, L.P. was and is a limited partnership organized pursuant to the laws of the State of Delaware and maintaining its principal place of business in the State of Arkansas.  WSE Management, LLC is the general partner and WSE Investment, LLC is the limited partner of Walmart Stores East, L.P.  Both partners are organized pursuant to the laws of the State of Delaware and maintain their principal place of business in the State of Arkansas.  Wal-Mart Stores East, LLC f/k/a Wal-Mart Stores East, Inc. is a Delaware corporation with a principal place of business in Arkansas, and is the sole member of WSE Management, LLC and WSE Investment, LLC.  Wal-Mart Stores East, LLC is a wholly-owned subsidiary of Walmart, Inc., a Delaware corporation maintaining its principal place of business in Arkansas.

7.  Plaintiff's Complaint alleges only that she seeks damages in excess of $30,000, the minimum jurisdictional amount required to be pled in state circuit court. Aside from the minimal jurisdictional amount, Plaintiff makes no specific claims regarding her damages in the Complaint. Plaintiff has made no demand.

8.  Until only recently, Plaintiff did not provide Walmart with sufficient information or documentation regarding the value of her damages that would support the federal court amount in controversy threshold.

9.  On October, 2020, Plaintiff served her Answers to Interrogatories, and for the first time Plaintiff provided information that, as a result of the incident in question, Plaintiff suffered serious injuries. Exhibit "A". On October 22, 2020, at her deposition, Plaintiff provided testimony further elaborating on her injuries and damages. Plaintiff contends that she suffered injuries to her right shoulder and right knee which required surgery. She claims that she suffered a permanent injury to her right wrist, right ankle, and right elbow, as well as an injury to her right hip which aggravated her pre-existing low back injury. Plaintiff's medical expenses to date are $39,312.10, and Plaintiff contends that she will require future medical care. Until receipt of discovery, and Plaintiff's deposition, Plaintiff

did not disclose that she suffered severe injuries or that she had undergone surgery, as a result of the subject accident.

10.  Plaintiff's claimed damages exceed the $75,000.00 minimum jurisdictional amount for federal court.

11.  Walmart has filed this Notice of Removal within thirty (30) days of being served with an "other paper" that supports the federal court amount in controversy.

12.  The United States District Court has jurisdiction over the parties in this litigation and venue in the Pensacola Division is appropriate.

13.  Pursuant to Rule 7.2 (A), the rules of the United States District Court for the Northern District of Florida, a true copy of the complete record filed in Circuit Court of Santa Rosa County shall be filed with this Court within ten (10) days of the filing of the Notice of Removal.

14.  Walmart will give written notice of this removal to Plaintiff, as required by law.

15.  A copy of this notice will be filed with the Clerk of Circuit Court of Okaloosa County, Florida, as provided by law.

WHEREFORE the removing party, Defendants Walmart Stores East, LP, prays that the above-entitled action be removed from the Circuit Court of Okaloosa County, Florida, to this Court.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ J. Andrew Talbert*

**J. Andrew Talbert**
Florida Bar No.: 0106003
**Tricia H. Payne**
Florida Bar No.: 059196
Quintairos, Prieto, Wood & Boyer, P.A.
114 East Gregory Street, 2nd Floor
Pensacola, FL 32502
Telephone:   (850) 434-6490
Facsimile:   (850) 434-6491
E-Mail:  atalbert@qpwblaw.com
          tricia.payne@qpwblaw.com
Attorneys for Defendant

IN THE CIRCUIT COURT, FIRST JUDICIAL CIRCUIT,
IN AND FOR OKALOOSA COUNTY, FLORIDA

SINDY BLISS,

    Plaintiff,

v.                                  CASE NO. 2020-CA-002241

WALMART STORES EAST, LP,

    Defendant.
_____/

## NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES

PLEASE TAKE NOTICE that the Interrogatories served upon Plaintiff, SINDY BLISS, by the Defendant, WALMART STORES EAST, LP, were answered and returned on October 7th, 2020.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic email service on this 7th day of October 2020, to J. Andrew Talbert, Esquire, Tricia H. Payne, Esquire, Quintairos, Prieto, Wood & Boyer, 114 East Gregory Street, 2nd Floor, Pensacola, FL 32502, Atalbert.pleadings@qpwblaw.com, Tstafford.pleadings@qpwblaw.com, Dshally@qpwblaw.com, Jennifer.biskner@qpwblaw.com.

                                    Jonathan I. Rotstein, Esquire
                                    Law Office of Rotstein & Shiffman, LLP
                                    309 Oakridge Blvd., Suite B
                                    Daytona Beach, FL 32118
                                    Florida Bar No. 909580
                                    (386) 252-5560 / (386) 238-6999 fax (lmb)
                                    Primary: L.Bonner@rotstein-shiffman.com
                                    Secondary: M.Otto@rotstein-shiffman.com
                                    T.Dallarosa@rotstein-shiffman.com
                                    Attorney for Plaintiff



EXHIBIT A

PLAINTIFF'S ANSWERS TO INTERROGATORIES

SINDY BLISS,
    Plaintiff,

v.                                        CASE NO. 2020-CA-002241

WALMART STORES EAST, LP,
    Defendant

1.   Sindy Bliss

2.   I have been a disabled veteran from 2005 to present.
SSD from 2010 to present
Dunkin Doughnuts, 2 weeks around June 2019, could not continue due to pain.
Waffle House, minimum wage from July 2019 to October 2019, part-time, again could not continue due to pain.

3.   I have been known as Sindy Gardiner, which was my maiden name, and Sindy Bliss. I am married to Shane Bliss. I have lived at the following addresses:



4.   I wear glasses for reading only. They were prescribed through the VA Hospital in Pensacola, Fl. My last exam was April 2018.

5.   I have never been convicted of a crime.

6.   I have dealt with back pain since 2005.

    a.   Yes, when I landed on my right side from the fall. My chronic pain in my lower back increased.

    b.   Yes Prior to this fall I was treated at the Buffalo NY VA Hospital, Olean NY VA Clinic, Elgin VA Clinic. I am not sure of the dates. They will only give me information for a year prior.

7. Alcoholic beverages: No
   Drugs: No
   Medications: No

8. I was coming out of an aisle and proceeded to meet with my family when all of a sudden my feet came out from under me. My first reaction was to protect my neck, since I had neck surgery in August 2018. At that point my body had turned to the side of my right and landed hard. I was so embarrassed, has so much pain on mt right shoulder, right elbow, right hip, right knee and right ankle. After I stood up a lady (who Wal-Mart took a statement from) saw everything and stayed with me until the Wal-Mart employee came and saw the spot where I fell she ran up and wiped up a liquid that resembled oil. Another worker took a statement and I was trying to explain all of my pains and she rushed through. I was given ice cubes in a napkin or paper towel. She (the worker) said she was done and I, at that point, I went with my husband to the ER. Everything happened so quickly.

9. Before I fell, I felt safe in Wal-Mart. There were no wet floor signs anywhere around. I was no in a rush or being careless. I believe Wal-Mart was negligent and should be held accountable for making it unsafe.

10. Right shoulder – had surgery that left a scar. The shoulder is still weak and tender.
    Right knee – had surgery on the ACL I wear a brace every day and surgery left a scar.
    Right ankle – constant joint pain
    Right wrist - constant joint pain
    Right elbow - constant joint pain

11. My medical providers are as follows:

    | | |
    |---|---|
    | North Okaloosa Medical Center | $10,919.63 |
    | White Sands Chiropractic Clinic | $ 2,767.00 |
    | Innovative Open MRI | $ 5,400.00 |
    | Select Physical Therapy | $ 640.00 |
    | Peter Szymoniak, MD | $ 1,832.00 |
    | Santa Rosa Medical Center | $39,312.10 |

12. I have no lost income.

13. My medicals are paid through the VA and Champus.

14. I have no assignments, loans or advanced payments.

15. My medical providers are as follows:

    Dr. Moudar Alshazley
    North Okaloosa Medical Center
    151 East Redstone Ave.

Crestview, Fl 32539

VA Hospital in Pensacola
790 Veterans Way
Pensacola, FL 32507

Elgin VA Hospital
Dr. Ana Lurinda
1000 Veterans Way
Elgin AFB, Fl
5/30/19, 7/26/19, 11/26/19

Eric R. Peraiani, DC
White Sands Chiropractic Clinic
24 Beal Parkway
Fort Walton Beach, Fl 32548
9/27/19 to 11/26/149

Innovative Open MRI
890 South Palafox Street
Pensacola, Fl 32502
11/1/19

Chelsea Spurgeon, PT
Select Physical Therapy
184 East Redstone Ave., Unit A
Crestview, Fl 32539
8/29/19; 9/3/19; 9/4/19; 9/13/19

Santa Rosa Medical center
6002 Berryhill Rd.
Milton, Fl 32570
1/828/20; 7/2/20

Peter Szymoniak, MD
6007 Berryhill Rd.
Milton, Fl 32570
1/8/20; 3/4/20; 6/17/20; 7/15/20

16. Prior medical providers:

Buffalo VA Hospital
3498-3496, US62
Buffalo, NY 14215
routine appointments, women's health, occasional illness, and mental health

Olean VA Clinic
465 N. Union Street
Olean, NY 14760

routine appointments, women's health, occasional illness, and mental health

Sacred Heart Hospital
Dr. Ann Carr, Neurosurgeon
5151 N. 9th Avenue
Pensacola, Fl 32504
Neck Surgery

17. Shane Bliss, My Husband

   █████████████████

   He has seen how this affects my life

18. There was a female shopper who gave a statement to Wal-Mart. I did not get her name.

19. There are none known to me, other than the Wal-Mart video.

20. ████████████████████████████████

21. I have not been involved in another accident.

22. I have not previously requested compensation for injury.

22. If you have ever requested compensation for an injury, state the name and address of the individual or company from which compensation was requested, the amount of compensation originally requested, and the amount of compensation paid. This request includes, but is not limited to, personal injury compensation sought as a result of accidents or intentional actions as well as accidents covered by workers' compensation.

_____
Sindy Bliss

STATE OF FLORIDA
COUNTY OF Okaloosa

The foregoing instrument was acknowledged before me this 11 day of Sept., 2020 by Sandy Bliss, who affirmed that he provided the answers to the foregoing Interrogatories and that said answers are true and correct to the best of his knowledge or belief. He is personally known to me or has produced ___FDL___ as identification and did/did not take an oath.

_____
Notary Public
Printed Name: Regina L. Horner
Commission Number: GG251353
My Commission Expires: 9/22/2022

[SEAL]